## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------

SHIVA STEIN,                                            :
                                                        :
          Plaintiff,                       :  Case No. 1:21-cv-00784-RGA
                                                        :
v.                                                      :
                                                        :
CADENCE BANCORPORATION, PAUL B.                         :
MURPHY, JR., JOSEPH W. EVANS, MARC                      :
J. SHAPIRO, J. RICHARD FREDERICKS,                      :
WILLIAM B. HARRISON, JR., VIRGINIA                      :
A. HEPNER, PRECIOUS W. OWODUNNI,                        :
KATHY N. WALLER, and J. THOMAS                          :
WILEY JR.,                                              :
          Defendants.                     :

---------------------------------------------------------

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 10, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

    Seth D. Rigrodsky (#3147)
    Gina M. Serra (#5387)
    Herbert W. Mondros (#3308)
    300 Delaware Avenue, Suite 210
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: sdr@rl-legal.com
    Email: gms@rl-legal.com
    Email: hwm@rl-legal.com

**OF COUNSEL:**

**MELWANI & CHAN LLP**
Gloria Kui Melwani
1180 Avenue of the Americas
New York, NY 100136
Telephone: (212) 382-4620
Email: gloria@melwanichan.com

*Attorneys for Plaintiff*